NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUSAN SHULTZ,**
*Petitioner*

**v.**

**OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION,**
*Respondent*

---

2023-1283

---

Appeal from the Occupational Safety & Health Review Commission.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Upon consideration of Susan Shultz's "[m]otion to dismiss appeal", ECF No. 2, *see also* ECF No. 6 (duplicate), which the court construes as a motion to voluntarily dismiss the appeal under Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

2                                                    SHULTZ v. OSHRC

(1)  The motion is granted to the extent that the appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

February 2, 2023                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: February 2, 2023